UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                            Case No. 1:98-CR-220-02

v.                                                         Hon. Richard Alan Enslen

CAROLYN MARIE RICKETTS,

       Defendant.
_____/

## ORDER APPROVING REPORT AND RECOMMENDATION

The Curt has reviewed the Report and Recommendation filed by United States Magistrate Judge Ellen S. Carmody.  The Report and Recommendation was duly served on the parties.  No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

Upon such review, the Court finds that the guilty plea to violation number one (abstain from all use of alcoholic beverages) was made knowingly and with full understanding of each of the rights explained by the Magistrate Judge and was made voluntarily and free from any force, threats or promises.  The Court also finds that Defendant understood the nature of the charges and the penalties provided by law and that the plea had a sufficient factual basis.

**THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed November 1, 2007, is **APPROVED** and **ADOPTED** as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the Court adjudicates Defendant Carolyn Marie Ricketts guilty of violation number one.

**IT IS FURTHER ORDERED** that the Court approves of the terms of sentence announced in the Report and Recommendation, which shall be entered in a separate judgment of sentence this date.

|  |  |
|---|---|
| DATED in Kalamazoo, MI:<br>November 21, 2007 | /s/ Richard Alan Enslen<br>RICHARD ALAN ENSLEN<br>SENIOR UNITED STATES DISTRICT JUDGE |